THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KULAND, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KATSENBOGEN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP CHEGAN, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendants of the crime of conspiracy, reversed on the law, information dismissed, bail exonerated and the defendants discharged. There is no competent evidence in the record showing that defendant Chegan had anything to do with the conspiracy alleged in the information, and without this the judgments may not be sustained. (*People* v. *Hamilton*, 165 App. Div. 546.) Young, Hagarty and Scudder, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANACORY, Appellant.— Judgment of conviction affirmed. No opinion. Lazansky, P. J., Hagarty, Tompkins and Davis, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial with the following memorandum: I think the omission of the court to charge that the defendant must be presumed to be innocent until the contrary is proven beyond a reasonable doubt calls for a reversal. I find no error as to the facts.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BETTY BEUSCHEL, Respondent, v. JACOB MANOWITZ, Appellant.— Order of the Children's Court of Nassau county adjudging defendant to be the father of complainant's child affirmed. No opinion. Hagarty, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that it was not proved by a fair preponderance of the testimony that defendant was the father of the child.